Alan J. Baratz, Esq.
Attorney I.D. No: 031451982
WEINER LESNIAK LLP
629 Parsippany Road
P.O. Box 438
Parsippany, New Jersey 07054-0438
Phone: (973) 403-1100    Fax: (973) 403-0010
Attorneys for defendants, Borough of Caldwell, Sgt. Michael Pellegrino
and Police Chief James H. Bongiorno
File No: 87765

1102227v1  87765 stip of dismissal officers ajb 6-21-16

| | |
|---|---|
| CRAIG A. DEVITO, PROVI I. DEVITO, GABRIELA K. DEVITO, DARYEN F. DEVITO and JEREMY M. SCARBROUGH, <br><br> Plaintiff <br><br> v. <br><br> BOROUGH OF CALDWELL, SGT. MICHAEL PELLEGRINO, POLICE CHIEF JAMES H. BONGIORNO and JOHN DOES 1-5, <br><br> Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> Docket No: 2:13-cv-06786-SRC-CLW <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that all claims of plaintiffs pled in the Complaint as against defendants, Sergent Michael Pellegrino and Police Chief James H. Bongiorno, be and hereby are voluntarily dismissed with prejudice, and without costs.

Law Office of Ronald J. Brandmayr, Jr.
Attorneys for plaintiffs

Dated: 7-22-16        By: _____
                          Ronald J. Brandmayr, Jr., Esq.

WEINER LESNIAK LLP
Attorneys at Law
629 PARSIPPANY ROAD
PARSIPPANY, NJ
07054-0438
973-403-1100

DeVito v. Borough of Caldwell
Stip of Dismissal With Prejudice

Page 2

WEINER LESNIAK LLP
Attorneys for defendants, Borough of Caldwell,
Sgt. Michael Pellegrino and Police Chief James
H. Bongiorno

Dated: 8/2/16

By: _____
Alan J. Baratz, Esq.
A Member of the Firm

**SO ORDERED.**

s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J.

WEINER
LESNIAK
LLP

Attorneys at Law

629
PARSIPPANY ROAD
PARSIPPANY, NJ
07054-0438
973-403-1100